[No. 27041-9-I.   Division One.   May 4, 1992.]

*In the Matter of the Dependency of* S.J.B.

THE STATE OF WASHINGTON, *Respondent,* v. SONIA
A. ACREY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-7-00832-4, Liem E. Tuai, J., entered Sep-
tember 27, 1990. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Coleman and Agid, JJ.

[No. 24605-4-I.   Division One.   May 4, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
DARRELL SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-1-02088-9, Steven G. Scott, J., entered June
20, 1990. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Pekelis and Kennedy, JJ.

[No. 27390-6-I.   Division One.   May 4, 1992.]

*In the Matter of the Marriage of* TOM P. WINKLE,
*Respondent, and* SUSANNE G. WINKLE,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86-3-10262-4, Horton Smith, J. Pro Tem.,
entered November 7, 1990. *Reversed* by unpublished opin-
ion per Scholfield, J., concurred in by Webster, A.C.J., and
Baker, J.